

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6239
cchevalier@gibbonslaw.com

July 24, 2023

**VIA ECF**

Honorable José R. Almonte
United States Magistrate Judge
District Court of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

    Re:   *Catalyst Pharmaceuticals Inc., et al. v. Teva Pharmaceuticals, Inc., et al.*,
             **Civ. A. No. 23-1190 (MEF) (JRA)**
             *Catalyst Pharmaceuticals Inc., et al. v. Annora Pharma Private Limited, et al.*,
             **Civ. A. No. 23-1194 (MEF) (JRA)**
             *Catalyst Pharmaceuticals Inc., et al. v. Lupin Ltd., et al.*,
             **Civ. A. No. 23-1197 (MEF) (JRA)**

Dear Judge Almonte:

    This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Plaintiffs") in the above-referenced matters. Together with Greenberg Traurig, LLP and Winston & Strawn LLP, counsel for Defendants Teva Pharmaceuticals, Inc., and Teva Pharmaceuticals USA, Inc., (collectively, "Teva"); Hill Wallack LLP and Cozen O'Connor, counsel for Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc., (collectively, "Annora"); and Midlige Richter LLC and Locke Lord LLP, counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc., (collectively, "Lupin"), we write to provide the Court a summary of the status of the above-referenced matter(s).

    The parties are at an early stage of discovery. Plaintiffs have served initial written discovery, including requests for drug substance and drug product samples from Defendants. Defendants have responded to those requests and the parties are working among themselves to resolve any discovery disagreements, such as the production of sufficient samples, without the Court's intervention. Defendants have served their own sets of written discovery, and Plaintiffs are preparing responses.

    In addition, Defendants provided their invalidity and non-infringement contentions under the local patent rules and the Court's pretrial scheduling orders on June 26, and Plaintiffs are in the process of preparing their infringement contentions and responses to Defendants' invalidity contentions, which are due on August 24.

G<small>IBBONS</small> P.C.

Honorable José R. Almonte, U.S.M.J.
July 24, 2023
Page 2

      At this point there are no discovery disputes ripe for the Court to address. Should discovery disputes arise moving forward, the parties will promptly bring the dispute to the Court's attention pursuant to the Court's Case Management Order. The parties thank the Court for its consideration and assistance in this matter.

      Respectfully submitted,

      *s/Charles H. Chevalier*
      Charles H. Chevalier
      Director

cc:    Counsel of Record (via ECF and e-mail)