

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6239
cchevalier@gibbonslaw.com

July 25, 2023

**VIA ECF**

Honorable José R. Almonte
United States Magistrate Judge
District Court of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

  **Re:** *Catalyst Pharmaceuticals Inc., et al. v. Teva Pharmaceuticals, Inc., et al.*,
    **Civ. A. No. 23-1190 (MEF) (JRA)**
    *Catalyst Pharmaceuticals Inc., et al. v. Annora Pharma Private Limited, et al.*,
    **Civ. A. No. 23-1194 (MEF) (JRA)**
    *Catalyst Pharmaceuticals Inc., et al. v. Lupin Ltd., et al.*,
    **Civ. A. No. 23-1197 (MEF) (JRA)**

Dear Judge Almonte:

  This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Plaintiffs") in the above-referenced matters. We write to supplement the parties' joint status letter that was filed yesterday and to respectfully request an adjournment of the status conference scheduled for July 31, 2023, at 2:30 p.m.

  Plaintiffs are seeking an adjournment of the conference due to a conflict on that day. We have conferred with counsel for each of the defendants in the above-referenced matter and they consent to this request. The parties have identified August 30, 2023, as an alternative date for the status conference subject to the Court's availability.

  The parties thank the Court for its time and assistance in this matter.

              Respectfully submitted,

              Charles H. Chevalier
              Director

cc: Counsel of Record (via ECF and e-mail)