Charles H. Chevalier
Christine A. Gaddis
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
(973) 596-4611

OF COUNSEL:
Dennies Varughese, Pharm. D.
Paul A. Ainsworth
Adam C. LaRock
Josephine Kim
Lauren Watt
Christopher M. Gallo, Ph.D.
Joseph H. Kim
**STERNE, KESSLER, GOLDSTEIN &
    FOX P.L.L.C.**
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

*Attorneys for Plaintiffs
Catalyst Pharmaceuticals, Inc. and SERB SA*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CATALYST PHARMACEUTICALS, INC. and SERB SA,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANNORA PHARMA PRIVATE LIMITED, GRACE CONSULTING SERVICES, INC., HETERO LABS LIMITED, and HETERO USA, INC.,<br><br>*Defendants*. | C.A. No. 2:23-cv-01194-MEF-JRA<br>**Motion Day: December 15, 2025** |

**MOTION TO SEAL**

**PLEASE TAKE NOTICE** that at 10:00 a.m. on December 15, 2025, or such other time

and date as set by the Court, Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA

(collectively, "Plaintiffs"), will move before the Honorable José R. Almonte, U.S.M.J., for entry of an Order, pursuant to L. Civ. R. 5.3(c) and L. Civ. R. 7.1, to seal:

- **Portions of the October 9, 2025 *Markman* Hearing transcript (ECF No. 204) (the "Materials")**

Pursuant to L. Civ. R. 7. l(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law required by L. Civ. R. 5.3(c)(2) have been set forth in the Declaration of Charles H. Chevalier.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely upon the declaration and the Index required by L. Civ. R. 5.3(c)(3) in the form suggested by Appendix U, as well as all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order containing proposed findings of fact and conclusions of law is attached hereto in accordance with L. Civ. R. 5.3(c)(3).

| | |
|---|---|
| Dated: November 13, 2025 | s/ Charles H. Chevalier |
| | Charles H. Chevalier |
| | Christine A. Gaddis |
| | **GIBBONS P.C.** |
| | One Gateway Center |
| | Newark, NJ 07102 |
| | (973) 596-4611 |
| | cchevalier@gibbonslaw.com |
| | cgaddis@gibbonslaw.com |
| | |
| | OF COUNSEL: |
| | Dennies Varughese, Pharm. D. |
| | Paul A. Ainsworth |
| | Adam C. LaRock |
| | Josephine Kim |
| | Lauren Watt |
| | Christopher M. Gallo, Ph.D. |
| | Joseph H. Kim |
| | **STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.** |
| | 1101 K Street, NW, 10th Floor |
| | Washington, DC 20005 |
| | (202) 371-2600 |
| | dvarughese@sternekessler.com |
| | painsworth@sternekessler.com |
| | alarock@sternekessler.com |
| | joskim@sternekessler.com |
| | lwatt@sternekessler.com |
| | cgallo@sternekessler.com |
| | josephk@sternekessler.com |
| | |
| | *Attorneys for Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, a copy of MOTION TO SEAL was electronically served on all counsel of record via ECF notification and electronic mail.

| | |
|---|---|
| Dated: November 13, 2025 | s/ Charles H. Chevalier |
| | Charles H. Chevalier |
| | Christine A. Gaddis |
| | **GIBBONS P.C.** |
| | One Gateway Center |
| | Newark, NJ 07102 |
| | (973) 596-4611 |
| | cchevalier@gibbonslaw.com |
| | cgaddis@gibbonslaw.com |
| | |
| | *Attorneys for Plaintiffs* |
| | *Catalyst Pharmaceuticals, Inc. and* |
| | *SERB SA* |