

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

October 17, 2025

**VIA ECF –**

The Honorable Michael E. Farbiarz, U.S.D.J.
Frank R. Lautenberg US Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

Re:   *Catalyst Pharms. Inc., et al. v. Annora Pharma Private Ltd., et al.*;
       Civil Action Nos. 2:23-cv-01194

Dear Judge Farbiarz:

Pursuant to the Court's Order at the October 9, 2025 Markman Hearing, Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Catalyst") and Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc. (collectively, "Hetero") submit this joint letter in response to Court's request at the conclusion of the October 9, 2025 Markman hearing.

The parties have engaged in settlement discussions,[1]

In view of the foregoing, the parties respectfully request that the Court permit them to submit a follow-up status report on October 31, 2025.

Should the Court require anything further, the parties will make themselves available at the Court's convenience. We thank the Court for its time and assistance in this matter.

Respectfully submitted,

SO ORDERED.

/s/ Charles H. Chevalier
Charles H. Chevalier

Michael E. Farbiarz, U.S.D.J.
Date: October 20, 2025

---

[1] Catalyst has already reached a settlement with all other Defendants in related actions, including Lupin Civil Action (No. 2:23-cv-01197-MEF-JRA), Teva (Civil Action No. 2:23-cv-01190-MEF-JRA), and Inventia Civil Action No. 2:23-cv-22461-MEF-JRA).