

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

October 31, 2025

**VIA ECF –** ▮▮▮▮▮▮▮▮▮

The Honorable Michael E. Farbiarz, U.S.D.J.
Frank R. Lautenberg US Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

    Re: **Civil Action No. 2:23-cv-01194**

Dear Judge Farbiarz:

    Pursuant to the Court's Order on October 20, 2025, Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Catalyst") and Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc. (collectively, "Hetero") submit this status report regarding the status of settlement discussions.



    Respectfully submitted,

    /s/ Charles H. Chevalier
    Charles H. Chevalier

cc: All counsel of record (via e-mail)