

CHARLES H. CHEVALIER
PARTNER
P: (973) 596-4611
F: (973) 639-6239
CCHEVALIER@FBTGIBBONS.COM

January 28, 2026

**VIA ECF**
Honorable José R. Almonte
United States District Judge
District Court of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re:** *Catalyst Pharms. Inc., et al. v. Annora Pharma Private Ltd., et al.*,
Civil Action No. 23-1194 (MEF) (JRA)

Dear Judge Almonte:

This firm, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Catalyst") in the above-captioned case. With Hill Wallack LLP and Cozen O'Connor P.C., counsel for Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc., we write to respectfully request a one-week extension of time by which the parties are to file a motion to seal Catalyst's January 14, 2026 Letter (ECF No. 226).

The current deadline to file a motion to seal Catalyst's January 14, 2026 Letter is January 28, 2026. The parties, therefore, are seeking to have this deadline extended to February 4, 2026.

We thank the Court for its time and assistance in this matter. If the Court finds this request acceptable, the parties respectfully request that Your Honor "So-Order" this letter and direct its entry on the docket.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier
Director

cc: Counsel of Record (via e-mail)