

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-6358

February 4, 2026

**VIA ECF**
Hon. José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:  *Catalyst Pharmaceuticals, Inc. and SERB SA v. Annora Pharma Private Limited, et al.,*
          Civil Action No. 2:23-cv- 01194-MEF-JRA

Dear Judge Almonte:

    This firm, along with Cozen O'Connor, P.C., represents Defendants Annora Pharma Private Limited ("Annora"), Grace Consulting Services, Inc. ("Grace"), Hetero Labs Limited ("Hetero Labs"), and Hetero USA, Inc. ("Hetero USA") (collectively, "Hetero") in the above-referenced Hetero matter. On behalf of all the defendants, we respectfully submit this joint letter requesting an extension to the current deadline to file a Motion to Seal relative to the Plaintiff's January 14, 2026, letter to the Court and corresponding that were filed under seal as ECF 226.

    The current deadline to file the Motion to Seal on ECF 226 is today, February 4, 2026. The parties respectfully request a brief, one-week extension to this deadline. The new deadline to file the Motion to Seal would be February 11, 2026.

    If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

    Thank you for Your Honor's kind attention to this request.

                                          Respectfully submitted,

                                          *s/William Murtha*
                                          WILLIAM P. MURTHA

cc:    Counsel of Record (via ECF)

The proposed extension of the motion to seal is GRANTED.

**SO ORDERED on _____ day of _____, 2026**

_____
**Hon. José R. Almonte, U.S.M.J.**