

**Charles H. Chevalier**
Partner
+1 973.596.4611 (t)
cchevalier@fbtgibbons.com

February 12, 2026

<u>**VIA ECF**</u>

Honorable José R. Almonte, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
Newark, New Jersey 07102

  Re: *Catalyst Pharms. Inc., et al. v. Annora Pharma Private Ltd., et al.*;
     Civil Action No. 2:23-cv-01194 (MEF) (JRA)

Dear Judge Almonte:

  This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiffs Catalyst Pharmaceuticals, Inc., and SERB SA in the above-referenced matter. With Hill Wallack LLP and Cozen O'Connor, counsel for Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc., we jointly write to respectfully request that the Court direct the Clerk's Office to unseal the parties' joint letter dated January 29, 2026 (ECF No. 238). The letter was filed under seal out of an abundance of caution. After conferring, the parties can confirm that the letter no longer needs to remain under temporary seal and may be placed on the public docket.

  Please do not hesitate to have Your Honor's staff contact me with any questions regarding the foregoing if we may be of any assistance to the Court. We thank the Court for its consideration and continued assistance in this matter.

Respectfully submitted,

s/Charles H. Chevalier
Charles H. Chevalier

cc:  All counsel of record (via ECF)