

Charles H. Chevalier
PARTNER
P: (973) 596-4611
F: (973) 639-6239
CCHEVALIER@FBTGIBBONS.COM

May 1, 2026

**VIA ECF**

The Honorable Michael E. Farbiarz, U.S.D.J.
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

**Re:**    *Catalyst Pharms. Inc., et al. v. Annora Pharma Private Ltd., et al.*;
       <u>Civil Action No. 2:23-cv-01194</u>

Dear Judge Farbiarz:

    This firm, along with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Catalyst") in the above-captioned case. With Hill Wallack, LLP and Cozen O'Connor P.C., counsel for Defendants Annora Pharma Private Limited, Grace Consulting Services, Inc., Hetero Labs Limited, and Hetero USA, Inc. (collectively, "Hetero"), we write to inform the Court that the parties have conferred and have agreed to reduce the number of asserted claims and invalidity defenses to streamline the issues for trial.

    Catalyst agreed to narrow its set of asserted patents and claims to the following:

| U.S. Patent Nos. | Claims |
|---|---|
| 10,626,088 | 1 |
| 10,793,893 | 13, 15 |
| 11,060,128 | 15, 22 |

    Hetero agreed to narrow its invalidity defenses and prior art combinations to the following:

| U.S. Patent No. 10,626,088 |
|---|
| 1.    Anticipation by Raust |
| 2.    Obviousness over Raust in view of Berge and/or Byrn |
| 3.    Lack of Written Description |
| 4.    Lack of Utility |

The Honorable Michael E. Farbiarz, U.S.M.J.
May 1, 2026
Page 2

| U.S. Patent No. 10,793,893 |
|---|
| 1.     Obviousness over EMEA 2010 in view of Garcia-Martin, Sabbagh 2008, Patin, and/or Walraven |
| 2.     Obviousness over EMEA 2010, Wirtz, NCT00704925, NCT00872950, McEvoy, and/or Sanders in view of Cascorbi, Pande, Methling, Garcia-Martin, Sabbagh 2008, Walraven, and/or Patin |

| U.S. Patent No. 11,060,128 |
|---|
| 1.     Obviousness over EMEA 2010 in view of Garcia-Martin, Sabbagh 2008, Patin, and/or Walraven |
| 2.     Obviousness over EMEA 2010, Wirtz, NCT00704925, NCT00872950, McEvoy, and/or Sanders in view of Cascorbi, Pande, Methling, Garcia-Martin, Sabbagh 2008, Walraven, and/or Patin |

Due to witness availability, the parties have also agreed to present their respective cases on the '893 and '128 patents, which have related subject matter, on May 18, 19, and 20. The parties will then present their respective cases on the '088 patent on May 26 and 27. This structure will also allow the Court to hear the evidence in a logical and organic manner.

Additionally, we respectfully wish to bring to the Court's attention that there are a few outstanding issues before the Court related to trial. *First*, there are two motions *in limine* before the Court that are fully briefed. *See* Dkt. Nos. 230–235. *Second*, the parties have an unresolved dispute pertaining to the order of proof at trial in the Final Pretrial Order. *See* Dkt. No. 239, Section XIII.B.

Should the Court wish to discuss further, the parties will make themselves available at the Court's convenience. We thank the Court for its time and assistance in this matter.

Respectfully Submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

cc: Counsel of record via e-mail